CITY OF KANSAS CITY, KANSAS, ET AL. *v.*
UNITED STATES ET AL.

No. 657.   Decided March 20, 1961.

*Joseph P. Jenkins* for appellants.

*Solicitor General Cox* and *Roger P. Marquis* for the
United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

MILLER *v.* CALIFORNIA.

No. 719, Misc.   Decided March 20, 1961.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari is
denied.